IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHL6 LLC, as Successor-in-Interest to COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BBCMS MORTGAGE TRUST 2023-C19, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2023-C19,**<br>         Plaintiff,<br><br>         v.<br><br>**PENNBROOK PORTFOLIO CC, LLC,**<br>         Defendant. | CIVIL ACTION<br><br>NO.  25CV247 |

**O R D E R**

**AND NOW**, this 7th day of January, 2026, it is **HEREBY ORDERED THAT** Defendant **SHALL FILE** a response to Plaintiff's Motion for Summary Judgment (ECF No. 24) no later than **January 28, 2026**.

                                                    BY THE COURT:


                                                    S/ WENDY BEETLESTONE
                                                    _____
                                                    WENDY BEETLESTONE, C.J.