IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHL6 LLC, as Successor-in-Interest to COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BBCMS MORTGAGE TRUST 2023-C19, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2023-C19, <br><br> Plaintiff, <br> v. <br><br> PENNBROOK PORTFOLIO CC LLC, <br><br> Defendant. | : <br> : <br> : CIVIL ACTION <br> : <br> : NO. 2:25-cv-00247-WB <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**MOTION FOR EXTENSION OF TIME FOR PLAINTIFF
TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff PHL6 LLC, as successor-in-interest to Computershare Trust Company, National Association, as Trustee for the Benefit of the Registered Holders of BBCMS Mortgage Trust 2023-C19, Commercial Mortgage Pass Through Certificates, Series 2023-C19 ("Plaintiff"), by its undersigned counsel, respectfully moves this Court for a brief extension of time to file its reply in support of Plaintiff's *Motion for Summary Judgment* (the "Reply"), from February 24, 2026, to February 27, 2026.

1.  Plaintiff filed its Motion for Summary Judgment (the "Motion") on August 28, 2025. [D.I. 24].

2.  On September 17, 2025, Defendant Pennbrook Portfolio CC LLC ("Defendant"), by and through its counsel, submitted its letter requesting adjournment to respond to the Motion [D.I. 27]. The Court granted such request thereby extending Defendant's deadline to respond to the Motion to October 20, 2025. [D.I. 28].

28295143

3. On October 17, 2025, Defendant, by and through its counsel, submitted a letter requesting an additional two-week final adjournment to respond to the Motion. [D.I. 29]. The Court granted such request thereby extending Defendant's deadline to respond to the Motion to November 3, 2025. [D.I. 30]. Defendant did not file a response.

4. On January 7, 2026, the Court issued an Order setting Defendant's deadline to respond to the Motion no later than January 28, 2026. [D.I. 42]. Defendant again did not file a response.

5. On February 17, 2026, Defendant filed its *Motion for Leave to File to an Opposition to Plaintiff's Motion for Summary Judgment, nunc pro tunc*, with its opposition attached as Exhibit A thereto (the "Opposition"). [D.I. 48].

6. On February 20, 2026, the Court entered its Order granting such motion thereby permitting Defendant to respond to the Motion, *nunc pro tunc*, on February 17, 2026 (the "Order to Extend"). [D.I. 51]. The Order to Extend was docketed on February 23, 2026.

7. Plaintiff's Reply is currently due February 24, 2026.

8. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "the court may, for good cause, extend time: (A) with… motion… if a request is made, before the original time or its extension expires."

9. Pursuant to the Honorable Beetlestone's Policies and Procedures, Civil Cases Rule II, "[w]here compelling circumstances so require, counsel may request an extension of a filing."

10. Given that the Reply is due just four days after the Order to Extend was entered and just one day after it was docketed, a brief extension is required so Plaintiff can adequately respond to the factual and legal issues raised in the Opposition.

11. This request is not made for purposes of delay.

2

**Conclusion**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant an extension to and including February 27, 2026, for Plaintiff to file its Reply.

Dated: February 23, 2026

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

  */s/ Kevin M. Capuzzi*
Michael J. Barrie (PA Bar No. 85625)
John C. Gentile (PA Bar No. 322159)
Kevin M. Capuzzi (admitted *pro hac vice*)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Email: mbarrie@beneschlaw.com
         jgentile@beneschlaw.com
         kcapuzzi@beneschlaw.com

*Counsel to Plaintiff PHL6 LLC*