**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PHL6 LLC,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **PENNBROOK PORTFOLIO CC, LLC,** | **NO.  25CV247** |
| **Defendant.** | |

**O R D E R**

**AND NOW**, this 2nd day of April, 2026, upon consideration of Plaintiff's Motion for

Summary Judgment (ECF Nos. 24 & 25), as well as all responses and replies thereto (ECF Nos.

53 & 55), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment is **GRANTED**;

   a. Judgment is entered in the amount of $10,568,916.97;

   b. Plaintiff **SHALL FILE** a motion detailing the additional interest and default interest, fees and expenses from August 28, 2025, to the date of this April, 2, 2026 Order **on or before April 14, 2026**.  Defendant may file a response to this motion **on or before April 21, 2026**.  Plaintiff may file a reply in further support of its motion **on or before April 28, 2026**.

2. Plaintiff may file a motion to award Attorneys' Fees **on or before April 14, 2026**.

Defendant may file a response to this motion **on or before April 21, 2026**.  Plaintiff may file a

reply in further support of its motion **on or before April 28, 2026**.

3. A hearing to determine any additional interest, fees and expenses shall take place

on May 12, 2026, at 10:00 a.m. in Courtroom 10-A of 601 Market Street, Philadelphia, PA

19106.

4. Plaintiff is authorized to proceed to a judicial sale of the mortgaged property in

accordance with 28 U.S.C. § 2001 *et seq*.;

a. The sale shall comply with the requirements of the Pennsylvania Rules of Civil Procedure governing mortgage foreclosures, except that Plaintiff shall comply with applicable federal law to the extent that it conflicts with the Pennsylvania Rules.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Receiver (ECF No. 46) is **DENIED AS MOOT**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**